IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| NAVAGIUM VECTORIUM, LLC, a California limited liability company; OUTFITTER ROTARY LLC, a Delaware limited liability company; and OUTFITTER AVIATION, LLC, a Delaware limited liability company; | Case No. 1:13-cv-00162-CL  **JUDGMENT** |

          Plaintiffs;

   v.

ROGER SUTTON and OUTFITTER AVIATION OREGON, LLC, an Oregon limited liability company;

          Defendants.

---

HADLEY & PECH, INC, a Nevada corporation,

          Joined Counterclaim Plaintiff,

   v.

OUTFITTER AVIATION, LLC, a Delaware limited liability company,

          Counterclaim Defendant.

---

/ / /

Page 1 – JUDGMENT

CLARKE, Magistrate Judge.

Based on the Court's Findings of Fact and Conclusion of Law (#123), judgment is entered as follows:

1. Dismissing Plaintiff Navagium Vectorium LLC's claim for Conversion (First Claim) as moot;

2. In favor of Defendants Outfitter Aviation Oregon LLC and Roger Sutton, and against Plaintiff Outfitter Rotary LLC, on Plaintiff Outfitter Rotary LLC's claim for Negligence (Second Claim), dismissing Outfitter Rotary LLC's claim with prejudice;

3. In favor of Defendants Outfitter Aviation Oregon LLC and Roger Sutton, and against Plaintiff Outfitter Rotary LLC, on Plaintiff Outfitter Rotary LLC's claim for Breach of Contract (Third Claim), dismissing Outfitter Rotary LLC's claim with prejudice;

4. In favor of Plaintiff Outfitter Aviation LLC, and against Defendants Roger Sutton and Hadley & Pech, Inc., on Plaintiff Outfitter Aviation, LLC's claim for Breach of Contract (Fourth Claim) in the amount of $79,061.45 plus costs, together with interest at the rate of 0.31 percent per annum from the date of entry of judgment until paid;

5. In favor of Defendants Outfitter Aviation Oregon LLC and Roger Sutton, and against Plaintiff Outfitter Aviation LLC, on Plaintiff Outfitter Aviation LLC's claim for Breach of Contract (Fifth Claim), dismissing Outfitter Aviation LLC's claim with prejudice;

6. In favor of Defendants Roger Sutton and Outfitter Aviation Oregon LLC, and against Plaintiff Navagium Vectorium LLC, on Defendants Roger Sutton and Outfitter Aviation Oregon LLC's claim for Breach of Contract (First Counterclaim) in the amount of $36,712.48 plus costs, together with interest at the rate of 0.31 percent per annum from the date of entry of judgment until paid; and

7. In favor of Defendant Hadley & Pech, Inc., and against Plaintiff Outfitter Aviation LLC, on Defendant Hadley & Pech Inc.'s claim for Breach of Contract (Second Counterclaim) in the amount of $229,129.75 plus costs, together with interest at the rate of 0.31 percent per annum from the date of entry of judgment until paid.

It is so ORDERED and DATED this ___3rd___ day of February 2016.

_____
MARK D. CLARKE
United States Magistrate Judge