IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| NAVAGIUM VECTORIUM, LLC, a California limited liability company; OUTFITTER ROTARY LLC, a Delaware limited liability company; and OUTFITTER AVIATION, LLC, a Delaware limited liability company; | Case No. 1:13-cv-00162-CL<br><br>**ORDER** |
| Plaintiffs; | |
| v. | |
| ROGER SUTTON and OUTFITTER AVIATION OREGON, LLC, an Oregon limited liability company; | |
| Defendants. | |
| HADLEY & PECH, INC, a Nevada corporation, | |
| Joined Counterclaim Plaintiff, | |
| v. | |
| OUTFITTER AVIATION, LLC, a Delaware limited liability company, | |
| Counterclaim Defendant. | |

/ / /

CLARKE, Magistrate Judge.

This order is intended to clarify the Court's entry of judgment "[i]n favor of Plaintiff Outfitter Aviation LLC, and against Defendants Roger Sutton and Hadley & Pech, Inc., on Plaintiff Outfitter Aviation, LLC's claim for Breach of Contract (Fourth Claim) in the amount of $79,061.45 plus costs, together with interest at the rate of 0.31 percent per annum from the date of entry of judgment until paid[.]" Doc. No. 131.

Plaintiffs pled this breach of contract claim against Defendant Sutton only. Doc. No. 44, at 5. However, the contract at issue was between Plaintiffs and Sutton's now-defunct company, Hadley & Pech, Inc. Doc. No. 106, at 2. At trial, the Court granted Plaintiffs' motion to assert the claim against Hadley & Pech, Inc., as well. Doc. No. 123, at 2. Plaintiffs did not submit any evidence or argumentation to support piercing Hadley & Pech, Inc.'s corporate veil. Nor did Defendants move against the Complaint's assertion of liability against Sutton individually. In the absence of any briefing in support of or opposition to Sutton's role as a defendant on this claim, the Court entered judgment in line with the pleadings and its rulings at trial.

It is so ORDERED and DATED this ___3___ day of February 2016.

_____
MARK D. CLARKE
United States Magistrate Judge